**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NARINE S.,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security,[2] <br><br> Defendant. | Case No. 2:24-cv-08150-MAA <br><br> **JUDGMENT** |

In accordance with the Memorandum Decision and Order Affirming Decision of the Commissioner filed herewith,

///

///

///

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano became Commissioner of Social Security on May 6, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted for Martin J. O'Malley as Defendant in this suit.

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

DATED: 07/14/2025

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

2